In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00036-CV**
**IN THE INTEREST OF B.L.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-237,895**

## MEMORANDUM OPINION

On January 18, 2022, the trial court signed a final Order of Termination, terminating Appellant's rights to her minor child, B.L. Appellant filed a notice of appeal pro se but failed to file a brief. On March 29, 2022, we notified the parties that the reporter's record had not been filed because the reporter's fee had not been paid and that the appeal would be submitted on the clerk's record alone unless payment arrangements were made with the court reporter or a motion explaining the need for additional time to file the record was filed.

On April 29, 2022, we notified the parties that Appellant's brief was past due. We warned the parties that unless we received a brief and motion for extension of

time by May 4, 2022, the Court would submit the appeal on the record without a brief. We warned Appellant that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). Appellant failed to file a brief. On May 20, 2022, we notified the parties that the Court was submitting the appeal on the record alone without briefs as of June 10, 2022.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 10, 2022
Opinion Delivered June 23, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.